**Kevin RENTFRO, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 97796.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 27, 2012.

Application for Transfer to Supreme Court Denied Feb. 26, 2013.

Kent E. Gipson, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, Sp. J.

*ORDER*

PER CURIAM.

Kevin Rentfro appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that the motion court did not err in denying Rentfro's motion for new trial. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).